**FILED**

**United States Bankruptcy Court
for the District of Columbia**

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

Isiah Foskey

                    Debtor(s)

                    Plaintiff(s)

Isiah Foskey

                    Defendant(s)

Benjamin H. Aiken

Case Number:  05-1417

CASE NUMBER  1:06CV01849

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 10/30/2006

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned bankruptcy case. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 67 | Motion for Relief from Stay | Benjamin H. Aiken |
| 72 | Opposition | Isiah Foskey |
| 81 | Order Granting Motion for Relief from Stay | Court |
| 86 | Motion To Reconsider Order Lifting Stay | Isiah Foskey |
| 88 | Motion To Dismiss/Strike/Withdraw | Benjamin H. Aiken |
| 89 | Opposition | Benjamin H. Aiken |
| 90 | Order Denying Motion To Reconsider | Court |
| 94 | Notice of Appeal | Isiah Foskey |
| 97 | Order Striking Document | Court |

**Other comments:**

| Designations were not filed as required. |
|---|

**The parties to the order appealed and their respective attorneys are as follows:**

| **Appellant/Plaintiff** | **Attorney** |
|---|---|
| Isiah Foskey | **Lucy R. Edwards**<br>3001 Georgia Avenue, NW<br>Washington, DC 20001 |
| **Appellee/Defendant** | **Attorney** |
| Benjamin H. Aiken | **Jeffrey M. Sherman**<br>HALL ESTILL<br>1120 20th Street, NW<br>Suite 700 North<br>Washington, DC 20036 |

Denise H. Curtis, Clerk

Dated: 10/20/2006

Deputy Clerk: Renee J. Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
        Judge Assigned:          *[Affix Label Here]*
        Date Stamp:

**APPEAL**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 05-01417

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:*
09/20/2005

**Debtor**
**Isiah Foskey**
1260 Holbrook Terrace, NE
Washington, DC 20002
202-494-3195
SSN: xxx-xx-9434

represented **Lucy R. Edwards**
by 3001 Georgia Avenue, NW
Washington, DC 20001
(202) 829-9601
Email:
lucyredwards@verizon.net

**Trustee**
**Cynthia A. Niklas**
4545 42nd Street, NW Suite 211
Washington, DC 20016-4623
202-362-8500

| Filing Date | # | Docket Text |
|---|---|---|
| 09/20/2005 | ◑1 | Chapter 13 Voluntary Petition (With Pro-Se Debtor Redacted Identification Attached). Fee Amount $194 Filed by Isiah Foskey Chapter 13 Plan due by 10/5/2005. Schedules A-J due 10/5/2005. Statement of Financial Affairs due 10/5/2005. Incomplete |

| | | |
|---|---|---|
| | | Filings due by 10/5/2005. Government Proof of Claim due by 3/19/2006. Chapter 13 Plan due by 10/5/2005. (kt) (Entered: 09/20/2005) |
| 09/20/2005 | | First Meeting of Creditors with 341(a) meeting to be held on 10/17/2005 at 11:00 AM at Witness Room, Courtroom 24. Confirmation hearing to be held on 12/16/2005 at 09:30 AM at Courtroom 24. Proof of Claim due by 01/15/2006. (kt) (Entered: 09/20/2005) |
| 09/20/2005 | 3 | Notice to Consumer Debtor Filed by Isiah Foskey . (ls) (Entered: 09/22/2005) |
| 09/20/2005 | 4 | Debtor's Mailing Matrix and Verification Filed by Isiah Foskey . (ls) (Entered: 09/22/2005) |
| 09/22/2005 | 5 | First Meeting of Creditors Notice Generated and Sent to BNC (ls) (Entered: 09/22/2005) |
| 09/22/2005 | 6 | Order to File Chapter 13 Plan, Schedules and Statements (Related Document(s) #:1 Chapter 13 Voluntary Petition, .) Order entered on 9/22/2005. (ls) (Entered: 09/22/2005) |
| 09/24/2005 | 7 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:5 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 11. Service Date 09/24/2005. (Admin.) (Entered: 09/25/2005) |
| 09/25/2005 | 8 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:6 Order to File Chapter 13 Plan) No. of Notices: 1. Service Date 09/25/2005. (Admin.) (Entered: 09/26/2005) |
| 10/07/2005 | 9 | Motion to extend Time Period . Filed by Isiah Foskey (Re: Related Document(s) #:6 Order to File |

| | | Chapter 13 Plan.) (tg) (Entered: 10/12/2005) |
|---|---|---|
| 10/14/2005 | ❏10 | Order (Related Document #: 9) Entered on 10/14/2005. (tg) (Entered: 10/14/2005) |
| 10/16/2005 | ❏11 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:10 Order on Motion to Extend Time) No. of Notices: 4. Service Date 10/16/2005. (Admin.) (Entered: 10/20/2005) |
| 10/20/2005 | ❏12 | Motion to Dismiss Case *with Prejudice* Filed by Cynthia A. Niklas (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/20/2005 | ❏13 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:12 Motion to Dismiss Case.) Objections due by 11/9/2005 for 12,. (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/20/2005 | ❏14 | Notice of Hearing *December 16, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:12 Motion to Dismiss Case.) Hearing scheduled for 12/16/2005 at 09:30 AM Courtroom 24 for 12,. (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/21/2005 | ❏16 | Meeting of Creditors Continued. Notice filed by Isiah Foskey . Notice Mailed to All Creditors and Interested Parties on: 10/19/05. (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13)) 341(a) meeting to be held on 11/7/2005 at 11:00 AM Witness Room, Courtroom 24 (Attachments: # 1 Proposed Order) (Spayd, Lisa) (Entered: 11/01/2005) |
| 10/24/2005 | ❏15 | First Meeting of Creditors Continued. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) 341(a) meeting to be held on 11/7/2005 at 11:00 AM Courtroom 24 |

| | | for [],. (xNiklas2, Cynthia) (Entered: 10/24/2005) |
|---|---|---|
| 10/28/2005 | ➌18 | Schedules A-J Filed by Isiah Foskey . (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition); no certification filed (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | ➌19 | Statement of Financial Affairs Filed by Isiah Foskey . (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition); no declaration filed. (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | ➌20 | Amended Matrix; adding Creditors; Fee Amount $26; Filed by Isiah Foskey . (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | ➌21 | Exhibit C Filed by Isiah Foskey (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, .) (Spayd, Lisa) (Entered: 11/02/2005) |
| 11/01/2005 | 17 | Receipt of Amendment Filing Fee - $26.00 by LS. Receipt Number 00066051. Payment received from ISIAH FOSKEY. (Entered: 11/01/2005) |
| 11/01/2005 | ➌22 | Chapter 13 Plan Filed by Isiah Foskey; no date on certificate of service. (Spayd, Lisa) (Entered: 11/02/2005) |
| 11/04/2005 | ➌23 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:22 Chapter 13 Plan) Deficiency Correction due by 11/11/2005; No date on certificate of service. (Spayd, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | ➌24 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:19 Statement of Financial Affairs); Deficiency Correction due by 11/11/2005; No declaration filed. |

| | | (Spayd, Lisa) (Entered: 11/04/2005) |
|---|---|---|
| 11/04/2005 | ◯31 | Certificate of Service Filed by The Court (Re: Related Document(s) #:23 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Spayd, Lisa) (Entered: 11/25/2005) |
| 11/04/2005 | ◯32 | Certificate of Service Filed by The Court (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading(s)/Document(s).); No declaration for the Statement of Financial Affairs. (Spayd, Lisa) (Entered: 11/25/2005) |
| 11/10/2005 | ◯25 | Amended Application/Motion *to Dismiss with Prejudice* Filed by Cynthia A. Niklas (Re: Related Document(s) #:12 Motion to Dismiss Case.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 11/10/2005) |
| 11/10/2005 | ◯26 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:25 Amended Application/Motion.) Objections due by 11/30/2005 for 25,. (xNiklas2, Cynthia) (Entered: 11/10/2005) |
| 11/10/2005 | ◯27 | Notice of Hearing *December 16, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:25 Amended Application/Motion.) Hearing scheduled for 12/16/2005 at 09:30 AM Courtroom 24 for 25,. (xNiklas2, Cynthia) (Entered: 11/10/2005) |
| 11/14/2005 | ◯29 | Declaration Filed by Isiah Foskey . (Re: Related Document(s) #:18 Schedules A-J.) (Spayd, Lisa) (Entered: 11/17/2005) |
| 11/17/2005 | ◯28 | Notice of Appearance and Request to Add Attorney Filed by Isiah Foskey. (Plummer, Vere) (Entered: 11/17/2005) |

| 11/22/2005 | ⊙30 | First Meeting of Creditors Continued. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) 341(a) meeting to be held on 12/12/2005 at 10:00 AM Courtroom 24 for [],. (xNiklas4, Cynthia) (Entered: 11/22/2005) |
| 11/28/2005 | ⊙33 | Order To Show Cause (Related Documents #:23 Notice to Party Filing Deficient Document 24 Notice to Party Filing Deficient Documents); Order entered on 11/28/2005.Show Cause hearing to be held on 12/16/2005 at 09:30 AM Courtroom 24 . (Spayd, Lisa) (Entered: 11/28/2005) |
| 11/30/2005 | ⊙34 | Amended adding Creditors. Fee Amount $26 Filed by Isiah Foskey. (Attachments: # 1 Schedule Amended Matrix and Verification)(Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 35 | Receipt of Amended Matrix and Schedules(05-01417) [misc,ammtrx] ( 26.00) Filing Fee. Receipt number346546. Fee Amount 26.00 (U.S. Treasury) (Entered: 11/30/2005) |
| 11/30/2005 | ⊙36 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document(s) #:34 Amended Matrix and Schedules.) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | ⊙37 | Opposition Filed by Isiah Foskey (Re: Related Document(s) #:25 Amended Application/Motion.) (Attachments: # 1 Proposed Order) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | ⊙38 | Amended Chapter 13 Plan Filed by Isiah Foskey (Re: Related Document(s) #:22 Chapter 13 Plan.) (Attachments: # 1 Certificate of Service)(Plummer, Vere) (Entered: 11/30/2005) |

| | | |
|---|---|---|
| 11/30/2005 | ●39 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document(s) #:38 Amended Chapter 13 Plan.) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | ●40 | Schedules A-J Filed by Isiah Foskey. (Attachments: # 1 Certificate of Service)(Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | ●41 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document(s) #:40 Schedules A-J.) (Plummer, Vere) (Entered: 11/30/2005) |
| 12/01/2005 | ●42 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:33 Order to Show Cause, ) No. of Notices: 1. Service Date 12/01/2005. (Admin.) (Entered: 12/02/2005) |
| 12/09/2005 | ●48 | Declaration regarding schedules Filed by Isiah Foskey (Re: Related Document #:18 Schedules A-J) (Spayd, Lisa) (Entered: 12/15/2005) |
| 12/12/2005 | ● | Section 341 Meeting of Creditors was held *12/12/05.* Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) (Niklas, Cynthia) (Entered: 12/12/2005) |
| 12/13/2005 | ●43 | Objection to Confirmation *of the amended plan filed November 30, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:38 Amended Chapter 13 Plan.) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | ●44 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:25 Amended Application/Motion.) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | ●45 | Objection to Debtor's Claim of Exemptions Filed by |

| | | |
|---|---|---|
| | | Cynthia A. Niklas (Re: Related Document(s) #:40 Schedules A-J.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | ●46 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:45 Objection to Debtor's Claim of Exemptions.) Objections due by 12/28/2005 for 45,. (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | ●47 | Notice of Continued Hearing Filed by Cynthia A. Niklas (Re: Related Document(s) #:38 Amended Chapter 13 Plan, Meeting (AutoAssign Chapter 13).) Confirmation hearing to be held on 2/17/2006 at 9:30 AM Courtroom 24 for [],. (xNiklas3, Cynthia) (Entered: 12/13/2005) |
| 12/16/2005 | ●49 | Hearing Continued (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading (s)/Document(s), 23 Notice to Party Filing Deficient Pleading(s)/Document(s)) Show Cause hearing to be held on 2/17/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 12/16/2005) |
| 01/04/2006 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE DEBTOR IS REQUIRED (DEPENDING ON WHICH IS APPLICABLE) EITHER TO FILE A LBR 1007-1(a)(3) STATEMENT OR TO FILE AN AMENDED MAILING MATRIX AND A LBR 1009-1(c) CERTIFICATE. (Re: Related Document(s) #:40 Schedules A-J) YOU HAVE UNTIL 1/9/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Spayd, Lisa) (Entered: 01/04/2006) |
| | | |

| | | |
|---|---|---|
| 01/04/2006 | 🔾 | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:34 Amended Matrix and Schedules) YOU HAVE UNTIL 1/9/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. CREDITOR HERBERT LEHNER WAS NOT ADDED TO THE CREDITOR DATABASE. PLS ADD THE CREDITOR; BK EVENTS; CREDITOR MAINTENANCE; ADD CREDITOR. (Spayd, Lisa) (Entered: 01/04/2006) |
| 01/05/2006 | 🔾50 | Order Sustaining Objection to Debtor's Claim of Exemptions (Related Document #: 45); Entered on 1/5/2006. (Spayd, Lisa) (Entered: 01/05/2006) |
| 01/07/2006 | 🔾51 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:50 Order on Objection to Debtor's Claim of Exemptions) No. of Notices: 1. Service Date 01/07/2006. (Admin.) (Entered: 01/08/2006) |
| 01/11/2006 | 🔾52 | Declaration re: Filed by Isiah Foskey. (Re: Related Document(s) #:40 Schedules A-J.) (Plummer, Vere) (Entered: 01/11/2006) |
| 01/13/2006 | 🔾 | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE CREDITOR BEING ADDED TO THE CASE (HERBERT LEHNER) WAS NOT |

| | | ADDED TO THE CREDITOR DATABASE. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON CREDITOR MAINTENANCE AND PROCEED TO ADD THIS CREDITOR - THIS IS A SECOND EDN (SEE ENTRY ON 1/4/05) (Re: Related Document(s) #:34 Amended Matrix and Schedules) YOU HAVE UNTIL 1/17/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Spayd, Lisa) (Entered: 01/13/2006) |
|---|---|---|
| 01/18/2006 | 53 | Declaration regarding Statement of Financial Affairs Filed by Isiah Foskey (Re: Related Document #:19 Statement of Financial Affairs) (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/19/2006 | 54 | Order Discharging Order to Show Cause (Related Document(s) #:33 Order to Show Cause, .) Order entered on 1/19/2006. (Spayd, Lisa) (Entered: 01/19/2006) |
| 01/21/2006 | 55 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:54 Order Discharging Order to Show Cause) No. of Notices: 1. Service Date 01/21/2006. (Admin.) (Entered: 01/22/2006) |
| 02/14/2006 | 56 | Amended Chapter 13 Plan Filed by Isiah Foskey (Re: Related Document(s) #:38 Amended Chapter 13 Plan.) (Attachments: # 1 Certificate of Service) (Spayd, Lisa) (Entered: 02/15/2006) |
| 02/16/2006 | 57 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:43 Objection to Confirmation of the Plan.) (Attachments: # 1 Proposed Order)(xNiklas2, Cynthia) (Entered: 02/16/2006) |

| 02/16/2006 | ◌58 | Order Confirming Chapter 13 Plan (Related Document(s) #:56 Amended Chapter 13 Plan, Meeting (AutoAssign Chapter 13).) Order entered on 2/16/2006. (Tyson, Katina) (Entered: 02/16/2006) |
|---|---|---|
| 02/18/2006 | ◌59 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:58 Order Confirming Chapter 13 Plan) No. of Notices: 17. Service Date 02/18/2006. (Admin.) (Entered: 02/19/2006) |
| 02/27/2006 | ◌60 | Motion to Modify *CONFIRMATION ORDER OF FEBRUARY 16, 2006, CONFIRMING 2ND AMENDED PLAN FILED FEBRUARY 14, 2006, POST-CONFIRMATION* Filed by Cynthia A. Niklas (Re: Related Document(s) #:58 Order Confirming Chapter 13 Plan.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 02/27/2006 | ◌61 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:60 Motion to Modify Plan,.) Objections due by 3/20/2006 for 60,. (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 02/27/2006 | ◌62 | Notice of Hearing *April 21, 2006* Filed by Cynthia A. Niklas (Re: Related Document(s) #:60 Motion to Modify Plan,.) Hearing scheduled for 4/21/2006 at 11:00 AM Courtroom 24 for 60,. (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 03/06/2006 | ◌63 | Trustee's Report on Claims (xNiklas3, Cynthia) (Entered: 03/06/2006) |
| 04/17/2006 | ◌64 | Consent Filed by Isiah Foskey (Re: Related Document #:60 Motion to Modify Plan) (Attachments: # 1 Proposed Order)(Spayd, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 04/18/2006) |
| 04/18/2006 | ◑65 | Order Modifying Confirmation Order of February 16, 2006 and Post-Confirmation Modification (Related Document #: 60); Entered on 4/18/2006. (Spayd, Lisa) (Entered: 04/18/2006) |
| 04/20/2006 | ◑66 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:65 Order on Motion to Modify Plan) No. of Notices: 1. Service Date 04/20/2006. (Admin.) (Entered: 04/21/2006) |
| 05/15/2006 | ◑67 | Motion for Relief from Stay. Fee Amount $150, Filed by Benjamin H. Aiken (Attachments: # 1 Exhibit Exhibits# 2 Proposed Order) (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/15/2006 | 68 | Receipt of Motion for Relief From Stay(05-01417) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number409373. Fee Amount 150.00 (U.S. Treasury) (Entered: 05/15/2006) |
| 05/15/2006 | ◑69 | Brief *in Support of Motion for Relief from Stay* Filed by Benjamin H. Aiken. (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/15/2006 | ◑70 | Notice of Hearing Scheduled for 6/1/2006. Filed by Benjamin H. Aiken. (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/15/2006 | ◑71 | Notice of Opportunity to Object Filed by Benjamin H. Aiken. (Re: Related Document(s) #:69 Brief, 70 Notice of Hearing, 67 Motion for Relief From Stay.) Objections due by 5/26/2006. (Sherman, Jeffrey) (Entered: 05/15/2006) |
| | | |

| 05/16/2006 | | Hearing Scheduled (Re: Related Document(s) #:67 Motion for Relief From Stay) Hearing scheduled for 6/1/2006 at 09:30 AM Courtroom 1 for 67, . (Jackson, Renee) (Entered: 05/16/2006) |
|---|---|---|
| 05/26/2006 | 72 | Opposition Filed by Isiah Foskey (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (Plummer, Vere) (Entered: 05/26/2006) |
| 05/30/2006 | 73 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:72 Opposition) Deficient Pleading(s)/Document(s) due by 6/6/2006 for 72. (Jackson, Renee) (Entered: 05/30/2006) |
| 05/30/2006 | 74 | Certificate of Service Filed by Court. (Re: Related Document(s) #:73 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 05/30/2006) |
| 06/01/2006 | 75 | Hearing Continued (Re: Related Document(s) #:67 Motion for Relief From Stay Filed by Benjamin H. Aiken) Hearing scheduled for 6/15/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/01/2006) |
| 06/08/2006 | 76 | Amended Document *Certificate of Service* Filed by Isiah Foskey. (Re: Related Document(s) #:72 Opposition.) (Plummer, Vere) (Entered: 06/08/2006) |
| 06/15/2006 | 77 | Hearing Continued (Re: Related Document(s) #:67 Motion for Relief From Stay Filed by Benjamin Aiken) Hearing scheduled for 6/29/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/20/2006) |



| 06/22/2006 | ᴑ78 | Affidavit Of Satisfaction Of Post Petition Arrears Filed by Isiah Foskey . (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Jackson, Renee) (Entered: 06/22/2006) |
|---|---|---|
| 06/23/2006 | ᴑ79 | Support Document Re: Filed by Isiah Foskey . (Re: Related Document(s) #:78 Affidavit.) (Jackson, Renee) (Entered: 06/23/2006) |
| 06/27/2006 | ᴑ80 | Motion to Dismiss/Strike/Withdraw Filed by Benjamin H. Aiken (Re: Related Document(s) #:78 Affidavit, 79 Support Document.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 06/27/2006) |
| 06/29/2006 | ᴑ85 | Hearing Held RE: [#67] Motion for Relief from Stay Filed by Benjamin H. Aiken. (Myers, Sally) Modified on 7/5/2006 TO CORRECT DATE OF HEARING (Myers, Sally). (Entered: 07/03/2006) |
| 06/30/2006 | ᴑ81 | Order Granting Motion for Relief From Stay Filed by Benjamin Aiken (Related Doc # 67) Entered on 6/30/2006. (Myers, Sally) (Entered: 06/30/2006) |
| 06/30/2006 | ᴑ82 | Order Granting Motion to Strike Document. (Related Document #: 80) Entered on 6/30/2006. (Re: Related Document(s) #:78 Affidavit, 79 Support Document.) (Myers, Sally) (Entered: 06/30/2006) |
| 07/02/2006 | ᴑ83 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:81 Order on Motion for Relief) No. of Notices: 2. Service Date 07/02/2006. (Admin.) (Entered: 07/03/2006) |
| 07/02/2006 | ᴑ84 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:82 Order on Motion to Dismiss/Strike/Withdraw Document) No. of |

|  |  | Notices: 2. Service Date 07/02/2006. (Admin.) (Entered: 07/03/2006) |
| --- | --- | --- |
| 07/12/2006 | 86 | Motion to Reconsider Order Lifting Stay Filed by Isiah Foskey (Re: Related Document(s) #:81 Order on Motion for Relief.) (Jackson, Renee) (Entered: 07/12/2006) |
| 07/12/2006 | 87 | Notice of Opportunity to Object Filed by Isiah Foskey . (Re: Related Document(s) #:86 Motion to Reconsider.) Objections due by 8/1/2006 for 86, . (Jackson, Renee) (Entered: 07/12/2006) |
| 07/13/2006 | 88 | Motion to Dismiss/Strike/Withdraw Filed by Benjamin H. Aiken (Re: Related Document(s) #:86 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 07/13/2006) |
| 07/13/2006 | 89 | Opposition Filed by Benjamin H. Aiken (Re: Related Document(s) #:86 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 07/13/2006) |
| 07/19/2006 | 90 | Order Denying Motion To Reconsider (Related Document #: 86) Entered on 7/19/2006. (Myers, Sally) (Entered: 07/19/2006) |
| 07/21/2006 | 91 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:90 Order on Motion To Reconsider) No. of Notices: 2. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| 07/25/2006 | 92 | Motion to Withdraw as Attorney Filed by Isiah Foskey (Attachments: # 1 Certificate of Service# 2 Proposed Order) (Plummer, Vere) (Entered: 07/25/2006) |
| 07/25/2006 | 93 | Certificate of Service Filed by Isiah Foskey. (Re: |

| | | Related Document(s) #:92 Motion to Withdraw as Attorney.) (Plummer, Vere) (Entered: 07/25/2006) |
|---|---|---|
| 07/25/2006 | ⊙94 | Notice of Appeal. Fee Amount $255 Filed by Isiah Foskey (Re: Related Document(s) #:90 Order on Motion To Reconsider.) Appellant Designation due by 8/4/2006. (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ⊙95 | Notice to Party Filing Deficient Pleading (s)/Document(s). APPEAL FEE NOT PAID (Re: Related Document(s) #:94 Notice of Appeal) Deficient Pleading(s)/Document(s) due by 8/1/2006 for 94, . (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ⊙ | Certificate of Service. Notice Of Appeal Mailed To Kenneth J. Loewinger, 471 H Street NW, Washington, DC 20001; Jeffrey M. Sherman, 1120 20th Street, NW, #700 North, Washington, DC 20036; and Vere Plummer, 1090 Vermont Ave. NW, #800, Washington, DC 20005. (Re: Related Document(s) #:94 Notice of Appeal.) (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ⊙96 | Certificate of Service Filed By Court. (Re: Related Document(s) #:95 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 07/25/2006) |
| 07/26/2006 | ⊙97 | Order Striking Document(s) #:86 Motion to Reconsider. (Related Document(s) #:86 Motion to Reconsider.) Order entered on 7/26/2006. (Myers, Sally) (Entered: 07/26/2006) |
| 08/02/2006 | ⊙98 | Notice of Appearance and Request to Add Attorney Filed by Lucy R. Edwards on behalf of Isiah Foskey . (Jackson, Renee) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| 08/04/2006 | 99 | Notice to Party Filing Paper. (Re: Related Document(s) #:98 Notice of Appearance and Request to Add Attorney) Response by Party Filing Paper due by 8/18/2006 for 98, . (Jackson, Renee) (Entered: 08/04/2006) |
| 08/06/2006 | 100 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:99 Notice to Party Filing Paper) No. of Notices: 1. Service Date 08/06/2006. (Admin.) (Entered: 08/07/2006) |
| 08/07/2006 | 101 | Order Granting Motion To Withdraw As Attorney Vere Plummer(Related Document #: 92) Entered on 8/7/2006. (Meador, Patti) (Entered: 08/07/2006) |
| 08/08/2006 | 102 | Trustee's Report on Claims (Niklas, Cynthia) (Entered: 08/08/2006) |
| 08/09/2006 | 103 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:101 Order on Motion to Withdraw as Attorney) No. of Notices: 2. Service Date 08/09/2006. (Admin.) (Entered: 08/10/2006) |
| 08/10/2006 | 104 | Notice of Appearance and Request to Add Attorney Filed by Isiah Foskey (Attachments: # 1 Appearance of Lucy R. Edwards)(Edwards, Lucy) (Entered: 08/10/2006) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _Renee J. Jackson_

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001


NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT


In re: *Isiah Foskey*

Bankruptcy No. *05-1419*


YOU ARE HEREBY NOTIFIED that on the *30th* day of *October*, 20 *06*, the

appeal referred to above was entered on the docket and was assigned to Judge **ROBERTS, J. RWR**

_____ and received the Civil Action No. __**06-1849**_____.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which

provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of
the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of
the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service
of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please

include on all subsequent papers both the Bankruptcy and Civil Action numbers.


NANCY MAYER-WHITTINGTON, CLERK

BY *Maureen Higgins*
Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.

*Lucy Edwards*
*Jeffrey Sherman*

Case 1:06-cv-01849-RWR   Document 1-3   Filed 10/30/2006   Page 1 of 2

E 06-1849 RWR

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

*IN RE: ISIAH FOSKEY*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

*BENJAMIN H. AIKEN*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNE

CASE NUMBER   1:06CV01849

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 10/30/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF** FOR PLAINTIFF AND ON

|  | P. | DFT |
|---|---|---|
| Citizen of this State | ☐ 1 | |
| Citizen of Another State | ☐ 2 | |
| Citizen or Subject of a Foreign Country | ☐ 3 | |

| | DFT |
|---|---|
| Incorporated or Principal Place of Business in This State | ☐ 4 ☐ 4 |
| Incorporated and Principal Place of Business in Another State | ☐ 5 ☐ 5 |
| Foreign Nation | ☐ 6 ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

---

**V. ORIGIN**

(⊗) **1 Original Proceeding**  ☐ **2 Removed from State Court**  ☐ **3 Remanded from Appellate Court**  ☐ **4 Reinstated or Reopened**  ☐ **5 Transferred from another district (specify)**  ☐ **Multi district Litigation**  ☐ **7 Appeal to District Judge from Mag. Judge**

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*lli 8001   Bankruptcy Appeal*

---

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>ACTION UNDER F.R.C.P. 23  ☐ | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES  ⊗ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** ∾ F    (See instruction)    ☐ YES  ⊗ NO    If yes, please complete related case form.

**DATE** *10/30/06*    SIGNATURE OF ATTORNEY OF RECORD    *LXD*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd