UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISIAH FOSKEY,<br>    Appellant,<br><br>v.<br><br>BENJAMIN H. AIKEN<br>    Appellee. | No. 1:06 CV-01849 (JWR) |

**CONSENT MOTION TO ENLARGE TIME TO FILE
APPELLANT'S BRIEF**

**<u>Good Faith Certification of Counsel</u>**

I hereby certify that on this 14th day of November, 2006, I contacted counsel for Appellee to gain consent to the relief sought herein. Counsel consented to the filing of this Motion.

**Consent Motion To Enlarge Time To File Appellant's Brief**

COMES NOW APPELLANT ISIAH FOSKEY ("Foskey") by and through counsel, Lucy R. Edwards, and respectfully moves this Court for an Order enlarging the time to 30 days from the date of a decision on this Motion, within which to file Appellant's Brief. Foskey refers the Court to the Memorandum of Points and Authorities below in support of this Motion.

WHEREFORE in light of the issues and arguments fully set out in the Memorandum of Points and Authorities below, Foskey prays that this Court grant the Motion and enlarge the time to 30 days from a ruling within which to file Appellant's Brief.

Respectfully submitted,

/s/
Lucy R. Edwards, #197020
3001 Georgia Ave NW
Washington, DC 20001
(202) 829-9601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 14th day of November, 2006, a true and exact copy of the above foregoing Motion and Memorandum of Points and Authorities below was mailed first class postage prepaid to: Kenneth J. Loewinger, Esquire, 471 H Street NW, Washington, DC 20001 and Jeffrey M. Sherman, Esquire, 1120 20th Street NW, Suite 700 North, Washington, DC 20036.

                                               /s/
                                    Lucy R. Edwards, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISIAH FOSKEY,<br>          Appellant,<br>v.<br><br>BENJAMIN H. AIKEN<br>          Appellee. | :<br>:   No. 1:06 CV-01849 (JWR)<br>:<br>:<br>:<br>: |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 30, 2006, this Court entered its briefing schedule Order stating that Appellant's Brief be filed within 15 days from the date of entry of the Order. Despite a diligent attempt to research and prepare a suitable brief for Foskey for filing, counsel was unable to complete the brief due to unforeseen circumstances.

Foskey filed his Notice of Appeal as *pro se* litigant and later sought counsel's representation in his Bankruptcy case. Counsel entered her appearance on August 2, 2006 specifically to represent Appellant to stop a foreclosure on his residential property, the subject of this appeal. Counsel received a copy of this Court's Scheduling Order on or about November 2, 2006 in her e-mail and after speaking with her client, she agreed to represent him in his appeal.

Since Foskey's counsel took up this mater at a later stage, Appellant requires the additional time to prepare and file the brief. In addition, Foskey needs the additional 30 days within which to file his brief due to his counsel's existing busy schedule in older legal matters.

Pursuant to Fed. R. Civ. P. 6(b), this Court may enlarge the time to file Appellant's Brief for cause. Foskey maintains that he has shown good cause for why an enlargement of time should be granted.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Lucy R. Edwards

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISIAH FOSKEY,<br>    Appellant, | :<br>:  No. 1:06 CV-01849 (JWR)<br>: |
| v. | : |
| BENJAMIN H. AIKEN<br>    Appellee. | :<br>:<br>: |

**ORDER**

Upon full consideration of Appellant's Consent Motion to Enlarge Time to File Appellant's Brief, the record herein and good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED**   that the Motion is granted, and it is further,

**ORDERED**   that Appellant's brief shall be filed on or _____, 2006.

 

_____
Judge John W. Roberts

cc:

Lucy R. Edwards, Esq.
3001 Georgia Avenue NW
Washington, DC 20001

Jeffrey M. Sherman, Esq.
1120 20th Street NW
Suite 700 N
Washington, DC 20036

Kenneth J. Loewinger, Esq.
471 H Street NW
Washington, DC 20001