UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISIAH FOSKEY, | : | |
|     Appellant, | : | No. 1:06 CV-01849 (JWR) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN H. AIKEN | : | |
|     Appellee. | : | |
| | : | |

### PRAECIPE

This 7th day of December, 2006,

THE CLERK OF THIS COURT will please note that Isiah Foskey, Appellant, hereby withdraws his appeal, and requests that this matter be dismissed.

                                      Respectfully submitted,

                                      /s/
                                    Lucy R. Edwards, #197020
                                    3001 Georgia Ave. NW
                                    Washington, DC 20001
                                    (202) 829-9601

      /s/
**Attorney for   Isiah Foskey**

### CERTIFICATE OF SERVICE

I hereby certify that on this   7th  day of December, 2006 a copy of the foregoing Praecipe was mailed, first class postage prepaid to: Kenneth J. Loewinger, Esquire, 471 H Street NW Washington, DC 20001; and Jeffrey M. Sherman, Esquire,1120 20th Street NW, Suite 700 North, Washington, DC 20036.

                                    /s/ Lucy R. Edwards
                                  **Attorney for Debtor/Appellant**